

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00102-CV

### EX PARTE N.C.

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 26744**

## ORDER

N.C., a prison inmate, appealed the trial court's order denying his petition for expunction. His brief was originally due on September 19, 2016. After a motion by N.C., the Court extended the time for N.C. to file a brief until December 20, 2016. N.C. moves for an additional 60 days to file his brief due to difficulties in preparing his brief because of his relocation within the Texas Department of Criminal Justice and his legal papers not having been timely forwarded to his new location.

N.C.'s motion is granted. Notwithstanding his request for 60 days, N.C.'s brief is due March 20, 2017. Of course, N.C. may file his brief before the due date and is

encouraged to do so since the time to file the appellee's brief will begin to run on the date

N.C.'s brief is filed, regardless of whether N.C.'s brief is filed before or on the due date.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion for extension of time granted
Order issued and filed December 28, 2016

